

# United States of America
## United States Patent and Trademark Office

## ADIDAS

**Reg. No. 891,222**

**Registered May 19, 1970**

**Amended Oct. 18, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
ADI-DASSLER-STRASSE 1
HERZOGENAURACH, FED REP GERMANY 91074

FOR: SPORT SHOES NAMELY, TRACK AND FIELD SHOES, [ BOWLING ], BASEBALL, BOXING, FOOTBALL, SKATING, GOLF, AND SOCCER SHOES; SPORTSWEAR NAMELY, SUITS, SHORTS, PANTS, TIGHTS, SHIRTS, GLOVES, AND THE LIKE; JERSEYS; SOCKS; SPORT SHOES NAMELY, TRACK AND FIELD TRAINING SHOES, BASKETBALL SHOES, AND TENNIS SHOES, IN CLASS 25 (INT. CL. 25).

FIRST USE 4-1-1949; IN COMMERCE 12-3-1952.

OWNER OF U.S. REG. NOS. 631,812, 738,673 AND OTHERS.

SER. NO. 72-318,280, FILED 2-4-1969.



Director of the United States Patent and Trademark Office



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help



# United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Tue Mar 22 03:20:59 EDT 2016*

| TESS Home | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)* |



| | |
|---|---|
| **Word Mark** | ADIDAS |
| **Goods and Services** | IC 025. US 022 039. G & S: SPORT SHOES NAMELY, TRACK AND FIELD SHOES, [ BOWLING ], BASEBALL, BOXING, FOOTBALL, SKATING, GOLF, AND SOCCER SHOES; SPORTSWEAR NAMELY, SUITS, SHORTS, PANTS, TIGHTS, SHIRTS, GLOVES, AND THE LIKE; JERSEYS; SOCKS; SPORT SHOES NAMELY, TRACK AND FIELD TRAINING SHOES, BASKETBALL SHOES, AND TENNIS SHOES. FIRST USE: 19490401. FIRST USE IN COMMERCE: 19521203 |
| **Mark Drawing Code** | (1) TYPED DRAWING |
| **Serial Number** | 72318280 |
| **Filing Date** | February 4, 1969 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **0891222** |
| **Registration Date** | May 19, 1970 |
| **Owner** | (REGISTRANT) ADIDAS-SPORTSCHUHFABRIKEN ADI DASSLER K.G. FIRM FED REP GERMANY AM BAHNHOF HERZOGENAURACH, NEAR NUREMBER FED REP GERMANY

(LAST LISTED OWNER) ADIDAS AG JOINT STOCK COMPANY FED REP GERMANY ADI-DASSLER-STRASSE 1 |

HERZOGENAURACH FED REP GERMANY 91074

| | |
|---|---|
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | ANGELO NOTARO |
| **Prior Registrations** | 0631812;0738673;AND OTHERS |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 8(10-YR) 20100630. |
| **Renewal** | 3RD RENEWAL 20100630 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

 

# United States Patent Office

**973,161**
Registered Nov. 20, 1973

## PRINCIPAL REGISTER
### Trademark

Ser. No. 422,163, filed Apr. 24, 1972



Adidas Sportschuhfabriken Adi Dassler KG (German firm)
Am Bahnhof
Herzogenaurach, near Nurnberg, Germany

For: TOTE BAGS, in CLASS 3 (INT. 18).

For: SPECIFIC PURPOSE ATHLETIC SHOES, in CLASS 22 (INT. CL. 25).

For: GENERAL PURPOSE SPORT SHOES, SPORTS WEAR—NAMELY, SUITS, SHORTS, PANTS, TIGHTS, SHIRTS, JERSEYS, SOCKS, AND GLOVES—in CLASS 39 (INT. CL. 25).

Priority claimed under Sec. 44(d) on German application filed Nov. 10, 1971; Reg. No. 889,076, dated Dec. 23, 1971.

M. E. ABRAMSON, Supervisory Examiner



# United States Patent and Trademark Office

**Home** | **Site Index** | **Search** | **Guides** | **Contacts** | **eBusiness** | **eBiz alerts** | **News** | **Help**



## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| **Serial #:** 72422163 | **Filing Dt:** 04/24/1972 | **Reg #:** 973161 | **Reg. Dt:** 11/20/1973 |
| **Registrant:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER KG | | | |
| **Mark:** | | | |

### Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0492/0610 | **Recorded:** 04/22/1985 | **Pages:** 3 |

**Conveyance:** CERTIFIED COPY OF AN EXTRACT FROM THE GERMAN REGISTER OF COMMERCE, SHOWING CHANGE OF ADDRESS ENTERED ON OCT. 2, 1984 (IN GERMAN WITH ENGLISH TRANSLATION ATTACHED)

| | | |
|---|---|---|
| **Assignor:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER STIFTUNG & CO. KG. | **Exec Dt:** 10/10/1984 | |
| | **Entity Type:** UNKNOWN | |
| | **Citizenship:** NONE | |
| **Assignee:** ADIDAS SPORTSCHUHFABRIKEN ADI DRESSLER STIFTUNG & CO.KG. | **Entity Type:** UNKNOWN | |
| ADI, DASSLER STRASSE 1-2 | **Citizenship:** NONE | |
| HERZOGENAURACH, GERMANY | | |

**Correspondent:** BALOGH, OSANN, ET AL.

STE. 9768

TWO WORLD TRADE CENTER

NEW YORK, NY 10048

### Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0492/0596 | **Recorded:** 04/22/1985 | **Pages:** 14 |

**Conveyance:** CHANGE OF NAME 19840628

| | | |
|---|---|---|
| **Assignor:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER KG | **Exec Dt:** 10/11/1984 | |
| | **Entity Type:** UNKNOWN | |
| | **Citizenship:** NONE | |
| **Assignee:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER STIFTUNG & CO.KG. | **Entity Type:** UNKNOWN | |
| | **Citizenship:** NONE | |

**Correspondent:** BALOGH, OSANN, ET AL.

STE. 9768

TWO WORLD TRADE CENTER

NEW YORK, NY 10048

### Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 0681/0661 | **Recorded:** 11/17/1989 | **Pages:** 0 |

**Conveyance:** MERGER 19890523DEX

| | | |
|---|---|---|
| **Assignor:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER STIFTUNG & CO. KG | **Exec Dt:** 06/05/1989 | |
| | **Entity Type:** UNKNOWN | |
| | **Citizenship:** NONE | |
| **Assignee:** ADIDAS AG | **Entity Type:** UNKNOWN | |
| | **Citizenship:** NONE | |

**Correspondent:** BALOGH, OSANN, KRAMER, DVORAK,

GENOVA & TRAUB

SUITE 1815

39 BROADWAY

NEW YORK, NY 10006

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 1707/0080 | **Recorded:** 03/09/1998 | **Pages:** 26 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** ADIDAS AG | **Exec Dt:** 12/19/1997 | |
| | **Entity Type:** UNKNOWN | |
| | **Citizenship:** NONE | |
| **Assignee:** ADIDAS-SALOMON AG | **Entity Type:** JOINT STOCK COMPANY | |
| P.O. BOX 1120 | **Citizenship:** GERMANY | |
| HERZOGENAURACH, GERMANY D-91072 | | |
| **Correspondent:** NOTARO & MICHALOS P.C. | | |
| ANGELO NOTARO | | |
| 100 DUTCH HILL ROAD, SUITE 110 | | |
| ORANGEBURG, NY 10962-2100 | | |

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** 3349/0543 | **Recorded:** 07/17/2006 | **Pages:** 13 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** ADIDAS-SALOMON AG | **Exec Dt:** 05/29/2006 | |
| | **Entity Type:** JOINT STOCK COMPANY | |
| | **Citizenship:** GERMANY | |
| **Assignee:** ADIDAS AG | **Entity Type:** JOINT STOCK COMPANY | |
| ADI-DASSLER-STRASSE 1 | **Citizenship:** GERMANY | |
| HERZOGENAURACH, GERMANY 91074 | | |
| **Correspondent:** ANGELO NOTARO, NOTARO & MICHALOS P.C. | | |
| 100 DUTCH HILL ROAD, SUITE 110 | | |
| ORANGEBURG, NY 10962-2100 | | |
| **Domestic rep:** NOTARO & MICHALOS P.C. | | |
| 100 DUTCH HILL ROAD, SUITE 110 | | |
| ORANGEBURG, NY 10962-2100 | | |

Search Results as of: 12/16/2014 05:36 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

Int. Cls.: 25 and 26

Prior U.S. Cls.: 39 and 40

**United States Patent and Trademark Office**

Reg. No. 1,300,627
Registered Oct. 16, 1984

## TRADEMARK
### Principal Register

# adidas

Adidas Sportschuhfabriken Adi Dassler KG (Fed. Rep. of Germany limited partnership)
Am Bahnhof
Herzogenaurach, Fed. Rep. of Germany D-8522

For: SPORTSWEAR—NAMELY, SUITS, SHORTS, PANTS, TIGHTS, SHIRTS, JERSEYS, SOCKS, GLOVES, JACKETS, COATS, SWIMWEAR, SWEATERS, CAPS, PULLOVERS, WARM-UP SUITS, RAIN SUITS, SKI SUITS, JUMP SUITS, BOOTS, SHOES, SLIPPERS, in

CLASS 25 (U.S. Cl. 39).

First use Apr. 1, 1949; in commerce Dec. 3, 1952.

For: SHOELACES, in CLASS 26 (U.S. Cl. 40).

First use Nov. 1, 1979; in commerce Nov. 1, 1979.

Ser. No. 401,865, filed Nov. 27, 1982.

BARRY SOLOMON, Examining Attorney



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 16 03:20:58 EST 2014*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC

PREV DOC | NEXT DOC | LAST DOC

Logout    Please logout when you are done to release system resources allocated for you.

Start    List At: [        ] OR  Jump  to record: [        ]    **Record 6 out of 6**

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# adidas

| | |
|---|---|
| **Word Mark** | ADIDAS |
| **Goods and Services** | IC 025. US 022 039. G & S: Sportswear-Namely, Suits, Shorts, Pants, Tights, Shirts, Jerseys, Socks, Gloves, Jackets, Coats, Swimwear, Sweaters, Caps, Pullovers, Warm-Up Suits, [ Rain Suits, Ski Suits, Jump Suits, ] Boots, Shoes, Slippers. FIRST USE: 19490401. FIRST USE IN COMMERCE: 19521203 |
| | (CANCELLED) IC 026. US 037 039 040 042 050. G & S: [ Shoelaces ]. FIRST USE: 19791101. FIRST USE IN COMMERCE: 19791101 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73401865 |
| **Filing Date** | November 27, 1982 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | August 7, 1984 |
| **Registration Number** | **1300627** |
| **Registration Date** | October 16, 1984 |

| | |
|---|---|
| **Owner** | (REGISTRANT) Adidas Sportschuhfabriken Adi Dassler KG LIMITED PARTNERSHIP FED REP GERMANY Am Bahnhof Herzogenaurach FED REP GERMANY D-8522 |
| | (LAST LISTED OWNER) ADIDAS AG JOINT STOCK COMPANY FED REP GERMANY ADI-DASSLER-STRASSE 1 HERZOGENAURACH FED REP GERMANY 91074 |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Angelo Notaro |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20131125. |
| **Renewal** | 2ND RENEWAL 20131125 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP   PREV LIST   CURR LIST   NEXT LIST   FIRST DOC   PREV DOC   NEXT DOC   LAST DOC

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4810:14xlo2.3.6[12/16/2014 4:11:21 PM]



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| **Serial #:** 73401865 | **Filing Dt:** 11/27/1982 | **Reg #:** 1300627 | **Reg. Dt:** 10/16/1984 |

**Registrant:** Adidas Sportschuhfabriken Adi Dassler KG

**Mark:** ADIDAS

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0492/0610 | **Recorded:** 04/22/1985 | **Pages:** 3 |

**Conveyance:** CERTIFIED COPY OF AN EXTRACT FROM THE GERMAN REGISTER OF COMMERCE, SHOWING CHANGE OF ADDRESS ENTERED ON OCT. 2, 1984 (IN GERMAN WITH ENGLISH TRANSLATION ATTACHED)

**Assignor:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER STIFTUNG & CO. KG.
> **Exec Dt:** 10/10/1984
> **Entity Type:** UNKNOWN
> **Citizenship:** NONE

**Assignee:** ADIDAS SPORTSCHUHFABRIKEN ADI DRESSLER STIFTUNG & CO.KG.
> **Entity Type:** UNKNOWN
> **Citizenship:** NONE

ADI, DASSLER STRASSE 1-2

HERZOGENAURACH, GERMANY

**Correspondent:** BALOGH, OSANN, ET AL.

STE. 9768

TWO WORLD TRADE CENTER

NEW YORK, NY 10048

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0492/0596 | **Recorded:** 04/22/1985 | **Pages:** 14 |

**Conveyance:** CHANGE OF NAME 19840628

**Assignor:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER KG
> **Exec Dt:** 10/11/1984
> **Entity Type:** UNKNOWN
> **Citizenship:** NONE

**Assignee:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER STIFTUNG & CO.KG.
> **Entity Type:** UNKNOWN
> **Citizenship:** NONE

**Correspondent:** BALOGH, OSANN, ET AL.

STE. 9768

TWO WORLD TRADE CENTER

NEW YORK, NY 10048

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 0681/0661 | **Recorded:** 11/17/1989 | **Pages:** 0 |

**Conveyance:** MERGER 19890523DEX

**Assignor:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER STIFTUNG & CO. KG
> **Exec Dt:** 06/05/1989
> **Entity Type:** UNKNOWN
> **Citizenship:** NONE

**Assignee:** ADIDAS AG
> **Entity Type:** UNKNOWN
> **Citizenship:** NONE

**Correspondent:** BALOGH, OSANN, KRAMER, DVORAK,

GENOVA & TRAUB

SUITE 1815

39 BROADWAY

NEW YORK, NY 10006

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 1707/0080 | **Recorded:** 03/09/1998 | **Pages:** 26 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** ADIDAS AG | **Exec Dt:** 12/19/1997 | |
| | **Entity Type:** UNKNOWN | |
| | **Citizenship:** NONE | |
| **Assignee:** ADIDAS-SALOMON AG | **Entity Type:** JOINT STOCK COMPANY | |
| P.O. BOX 1120 | **Citizenship:** GERMANY | |
| HERZOGENAURACH, GERMANY D-91072 | | |
| **Correspondent:** NOTARO & MICHALOS P.C. | | |
| ANGELO NOTARO | | |
| 100 DUTCH HILL ROAD, SUITE 110 | | |
| ORANGEBURG, NY 10962-2100 | | |

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** 3349/0543 | **Recorded:** 07/17/2006 | **Pages:** 13 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** ADIDAS-SALOMON AG | **Exec Dt:** 05/29/2006 | |
| | **Entity Type:** JOINT STOCK COMPANY | |
| | **Citizenship:** GERMANY | |
| **Assignee:** ADIDAS AG | **Entity Type:** JOINT STOCK COMPANY | |
| ADI-DASSLER-STRASSE 1 | **Citizenship:** GERMANY | |
| HERZOGENAURACH, GERMANY 91074 | | |
| **Correspondent:** ANGELO NOTARO, NOTARO & MICHALOS P.C. | | |
| 100 DUTCH HILL ROAD, SUITE 110 | | |
| ORANGEBURG, NY 10962-2100 | | |
| **Domestic rep:** NOTARO & MICHALOS P.C. | | |
| 100 DUTCH HILL ROAD, SUITE 110 | | |
| ORANGEBURG, NY 10962-2100 | | |

Search Results as of: 12/16/2014 05:38 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

Int. Cls.: 25 and 26

Prior U.S. Cls.: 39 and 40

**United States Patent and Trademark Office**

Reg. No. 1,310,140
Registered Dec. 18, 1984

## TRADEMARK
### Principal Register



Adidas Sportschuhfabriken Adi Dassler KG (Fed. Rep. of Germany limited partnership)
Am Bahnhof, Herzogenaurach, Fed. Rep. of Germany D-8522

For: SPORTSWEAR—NAMELY, SUITS, SHORTS, PANTS, TIGHTS, SHIRTS, JERSEYS, SOCKS, GLOVES, JACKETS, COATS, SWIMWEAR, SWEATERS, CAPS, PULLOVERS, WARM-UP SUITS, RAIN SUITS, SKI SUITS, JUMP SUITS, BOOTS, SHOES, SLIPPERS, in CLASS 25 (U.S. Cl. 39).

First use Mar. 10, 1972; in commerce Sep. 1974.

For: SHOELACES, in CLASS 26 (U.S. Cl. 40).

First use Nov. 1, 1979; in commerce Nov. 1, 1979.

Owner of U.S. Reg. Nos. 973,161, 1,162,828 and others.

Ser. No. 406,875, filed Dec. 21, 1982.

DEBORAH S. COHN, Examining Attorney



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 5**

| | | | |
|---|---|---|---|
| **Serial #:** 73406875 | **Filing Dt:** 12/21/1982 | **Reg #:** 1310140 | **Reg. Dt:** 12/18/1984 |
| **Registrant:** Adidas Sportschuhfabriken Adi Dassler KG | | | |
| **Mark:** | | | |

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 0492/0610 | **Recorded:** 04/22/1985 | **Pages:** 3 |

**Conveyance:** CERTIFIED COPY OF AN EXTRACT FROM THE GERMAN REGISTER OF COMMERCE, SHOWING CHANGE OF ADDRESS ENTERED ON OCT. 2, 1984 (IN GERMAN WITH ENGLISH TRANSLATION ATTACHED)

| | |
|---|---|
| **Assignor:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER STIFTUNG & CO. KG. | **Exec Dt:** 10/10/1984 |
| | **Entity Type:** UNKNOWN |
| | **Citizenship:** NONE |
| **Assignee:** ADIDAS SPORTSCHUHFABRIKEN ADI DRESSLER STIFTUNG & CO.KG. | **Entity Type:** UNKNOWN |
| ADI, DASSLER STRASSE 1-2 | **Citizenship:** NONE |
| HERZOGENAURACH, GERMANY | |

**Correspondent:** BALOGH, OSANN, ET AL.

STE. 9768

TWO WORLD TRADE CENTER

NEW YORK, NY 10048

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 0492/0596 | **Recorded:** 04/22/1985 | **Pages:** 14 |

**Conveyance:** CHANGE OF NAME 19840628

| | |
|---|---|
| **Assignor:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER KG | **Exec Dt:** 10/11/1984 |
| | **Entity Type:** UNKNOWN |
| | **Citizenship:** NONE |
| **Assignee:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER STIFTUNG & CO.KG. | **Entity Type:** UNKNOWN |
| | **Citizenship:** NONE |

**Correspondent:** BALOGH, OSANN, ET AL.

STE. 9768

TWO WORLD TRADE CENTER

NEW YORK, NY 10048

## Assignment: 3

| | | |
|---|---|---|
| **Reel/Frame:** 0681/0661 | **Recorded:** 11/17/1989 | **Pages:** 0 |

**Conveyance:** MERGER 19890523DEX

| | |
|---|---|
| **Assignor:** ADIDAS SPORTSCHUHFABRIKEN ADI DASSLER STIFTUNG & CO. KG | **Exec Dt:** 06/05/1989 |
| | **Entity Type:** UNKNOWN |
| | **Citizenship:** NONE |
| **Assignee:** ADIDAS AG | **Entity Type:** UNKNOWN |
| | **Citizenship:** NONE |

**Correspondent:** BALOGH, OSANN, KRAMER, DVORAK,

GENOVA & TRAUB

SUITE 1815

39 BROADWAY

NEW YORK, NY 10006

## Assignment: 4

| | | |
|---|---|---|
| **Reel/Frame:** 1707/0080 | **Recorded:** 03/09/1998 | **Pages:** 26 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** ADIDAS AG | **Exec Dt:** 12/19/1997 | |
| | **Entity Type:** UNKNOWN | |
| | **Citizenship:** NONE | |
| **Assignee:** ADIDAS-SALOMON AG | **Entity Type:** JOINT STOCK COMPANY | |
| P.O. BOX 1120 | **Citizenship:** GERMANY | |
| HERZOGENAURACH, GERMANY D-91072 | | |
| **Correspondent:** NOTARO & MICHALOS P.C. | | |
| ANGELO NOTARO | | |
| 100 DUTCH HILL ROAD, SUITE 110 | | |
| ORANGEBURG, NY 10962-2100 | | |

## Assignment: 5

| | | |
|---|---|---|
| **Reel/Frame:** 3349/0543 | **Recorded:** 07/17/2006 | **Pages:** 13 |
| **Conveyance:** CHANGE OF NAME | | |
| **Assignor:** ADIDAS-SALOMON AG | **Exec Dt:** 05/29/2006 | |
| | **Entity Type:** JOINT STOCK COMPANY | |
| | **Citizenship:** GERMANY | |
| **Assignee:** ADIDAS AG | **Entity Type:** JOINT STOCK COMPANY | |
| ADI-DASSLER-STRASSE 1 | **Citizenship:** GERMANY | |
| HERZOGENAURACH, GERMANY 91074 | | |
| **Correspondent:** ANGELO NOTARO, NOTARO & MICHALOS P.C. | | |
| 100 DUTCH HILL ROAD, SUITE 110 | | |
| ORANGEBURG, NY 10962-2100 | | |
| **Domestic rep:** NOTARO & MICHALOS P.C. | | |
| 100 DUTCH HILL ROAD, SUITE 110 | | |
| ORANGEBURG, NY 10962-2100 | | |

Search Results as of: 12/16/2014 05:39 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,815,956
Registered Jan. 11, 1994

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
D–8522 HERZOGENAURACH, FED REP GERMANY

FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0–0–1952; IN COMMERCE 0–0–1952.

SEC. 2(F).

SER. NO. 74–255,912, FILED 3–16–1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,833,868
Registered May 3, 1994

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS AG (FED REP GERMANY JOINT STOCK COMPANY)
D-8522 HERZOGENAURACH, FED REP GERMANY

FOR: ATHLETIC FOOTWEAR, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1949; IN COMMERCE 0-0-1978.
SEC. 2(F).

SER. NO. 74-263,512, FILED 4-7-1992.

MIDGE BUTLER, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 2,179,796
Registered Aug. 11, 1998

**TRADEMARK**
**PRINCIPAL REGISTER**



ADIDAS AG (FED REP GERMANY CORPORA-
TION)
P.O. BOX 1120
HERZOGENAURACH D–91072, FED REP GER-
MANY

FOR: SPORTS AND LEISURE WEAR,
NAMELY SHORTS, PANTS, SHIRTS, T-SHIRTS,
JERSEYS, TIGHTS, SOCKS, GLOVES, JACK-
ETS, SWIMWEAR, SWEATERS, CAPS AND
HATS, PULLOVERS, WARM-UP SUITS, RAIN-
SUITS, SKI SUITS, JUMP SUITS, BOOTS, SLIP-

PERS, SANDALS, SPECIFIC PURPOSE ATH-
LETIC SHOES, AND GENERAL PURPOSE
SPORT SHOES, IN CLASS 25 (U.S. CLS. 22 AND
39).

FIRST USE 4–31–1990; IN COMMERCE
7–31–1990.

SEC. 2(F).

SER. NO. 74–657,953, FILED 3–13–1995.

RONALD R. SUSSMAN, EXAMINING ATTOR-
NEY

Int. Cl.: 25
Prio            and 39
**United States Patent and Trademark Office**
Corrected

Reg. No. 2,278,589
Registered Sep. 21, 1999
OG Date July 11, 2000

## TRADEMARK
## PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GER-
  MANY JOINT STOCK COMPANY)
P.O. BOX 1120
HERZOGENAURACH
D-91072, FED REP GERMANY, BY CHANGE
  OF NAME ADIDAS AG (FED REP GER-
  MANY CORPORATION) D-91072, FED REP
  GERMANY

OWNER OF U.S. REG. NOS. 870,136,
1,815,956 AND 1,833,868.
  SEC. 2(F).

FOR: ATHLETIC AND LEISURE FOOT-
WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).
  FIRST USE 0–0–1952; IN COMMERCE
0–0–1952.

SER. NO. 74–644,822, FILED 3–7–1995.

*In testimony whereof I have hereunto set my hand and
caused the seal of The Patent and Trademark Office to
be affixed on July 11, 2000.*

COMMISSIONER OF PATENTS AND TRADEMARKS



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 74644822 | **Filing Dt:** 03/07/1995 | **Reg #:** 2278589 | **Reg. Dt:** 09/21/1999 |
| **Registrant:** adidas-Salomon AG | | | |
| **Mark:** | | | |

## Assignment: 1

| | | |
|---|---|---|
| **Reel/Frame:** 1707/0080 | **Recorded:** 03/09/1998 | **Pages:** 26 |
| **Conveyance:** CHANGE OF NAME | | |

**Assignor:** ADIDAS AG

    **Exec Dt:** 12/19/1997
    **Entity Type:** UNKNOWN
    **Citizenship:** NONE

**Assignee:** ADIDAS-SALOMON AG

P.O. BOX 1120

HERZOGENAURACH, GERMANY D-91072

    **Entity Type:** JOINT STOCK COMPANY
    **Citizenship:** GERMANY

**Correspondent:** NOTARO & MICHALOS P.C.

ANGELO NOTARO

100 DUTCH HILL ROAD, SUITE 110

ORANGEBURG, NY 10962-2100

## Assignment: 2

| | | |
|---|---|---|
| **Reel/Frame:** 3349/0543 | **Recorded:** 07/17/2006 | **Pages:** 13 |
| **Conveyance:** CHANGE OF NAME | | |

**Assignor:** ADIDAS-SALOMON AG

    **Exec Dt:** 05/29/2006
    **Entity Type:** JOINT STOCK COMPANY
    **Citizenship:** GERMANY

**Assignee:** ADIDAS AG

ADI-DASSLER-STRASSE 1

HERZOGENAURACH, GERMANY 91074

    **Entity Type:** JOINT STOCK COMPANY
    **Citizenship:** GERMANY

**Correspondent:** ANGELO NOTARO, NOTARO & MICHALOS P.C.

100 DUTCH HILL ROAD, SUITE 110

ORANGEBURG, NY 10962-2100

**Domestic rep:** NOTARO & MICHALOS P.C.

100 DUTCH HILL ROAD, SUITE 110

ORANGEBURG, NY 10962-2100

Search Results as of: 03/22/2016 11:58 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Int. Cls.: 18, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 22, 23, 38, 39, 41 and 50

## United States Patent and Trademark Office

Reg. No. 2,411,802

Registered Dec. 12, 2000

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS INTERNATIONAL B.V. (NETHERLANDS PRIVATE COMPANY WITH LIMITED LIABILITY)
OLYMPIC PLAZA
FRED ROESKESTRAAT 123
1076 EE AMSTERDAM, NETHERLANDS

FOR: ALL PURPOSE SPORT BAGS, ATHLETIC BAGS, TRAVELING BAGS, BACKPACKS, KNAPSACKS, BEACH BAGS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: SPORTS AND LEISURE WEAR, NAMELY, SHORTS, PANTS, SHIRTS, T-SHIRTS, JERSEYS, TIGHTS, SOCKS, GLOVES, JACKETS, SWIMWEAR, CAPS AND HATS, PULLOVERS, SWEAT-SHIRTS, SWEAT SUITS, TRACK SUITS, WARM-UP SUITS, RAIN SUITS; BOOTS, SLIPPERS, SANDALS, SPECIFIC PURPOSE ATHLETIC SHOES AND GENERAL ALL PURPOSE SPORTS SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: SPORTS BALLS AND PLAYGROUND BALLS; GUARDS FOR ATHLETIC USE, NAMELY, SHIN GUARDS, KNEE GUARDS AND LEG GUARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

PRIORITY CLAIMED UNDER SEC. 44(D) ON BENELUX APPLICATION NO. 917392, FILED 6–8–1998, REG. NO. 0628591, DATED 6–8–1998, EXPIRES 6–8–2008.

OWNER OF U.S. REG. NOS. 2,205,219 AND 2,231,533.

SER. NO. 75–598,524, FILED 12–3–1998.

DAN VAVONESE, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 16 03:20:58 EST 2014*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
| PREV DOC | NEXT DOC | LAST DOC |

Logout   Please logout when you are done to release system resources allocated for you.

Start   **List At:** [        ] **OR** Jump **to record:** [        ]   **Record 8 out of 8**

---

TSDR   ASSIGN Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

| | |
|---|---|
| **Goods and Services** | IC 018. US 001 002 003 022 041. G & S: All purpose sport bags, athletic bags, traveling bags, backpacks, knapsacks[, beach bags] |
| | IC 025. US 022 039. G & S: Sports and leisure wear, namely, shorts, pants, shirts, T-shirts, jerseys, [tights,] socks, gloves, jackets, swimwear, caps and hats, pullovers, sweat-shirts, sweat suits, track suits, warm-up suits, [rain suits;] boots, [slippers,] sandals, specific purpose athletic shoes and general all purpose sports shoes |
| | IC 028. US 022 023 038 050. G & S: Sports balls and playground balls; guards for athletic use, namely, shin guards, knee guards and leg guards |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 26.13.14 - Quadrilateral (three or more quadrilaterals); Three or more quadrilaterals<br>26.13.21 - Quadrilaterals that are completely or partially shaded |
| **Serial Number** | 75598524 |
| **Filing Date** | December 3, 1998 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | September 19, 2000 |
| **Registration Number** | **2411802** |
| **Registration** | |

Trademark Electronic Search System (TESS)

| | |
|---|---|
| **Date** | December 12, 2000 |
| **Owner** | (REGISTRANT) adidas International B.V. PRIVATE COMPANY WITH LIMITED LIABILITY NETHERLANDS Olympic Plaza Fred Roeskestraat 123 1076 EE Amsterdam NETHERLANDS |
| | (LAST LISTED OWNER) ADIDAS INTERNATIONAL MARKETING B.V. CORPORATION NETHERLANDS P.O. Box 12160 Amsterdam ZO NETHERLANDS 1100 AD |
| **Assignment Recorded** | ASSIGNMENT RECORDED |
| **Attorney of Record** | Angelo Notaro |
| **Priority Date** | June 8, 1998 |
| **Prior Registrations** | 2205219;2231533 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20100810. |
| **Renewal** | 1ST RENEWAL 20100810 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PREV DOC | NEXT DOC | LAST DOC | | | | | | | | | |

| HOME | SITE INDEX | SEARCH | *e*BUSINESS | HELP | PRIVACY POLICY

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,029,127

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-NY

FOR: CLOTHING, NAMELY, T-SHIRTS, SWEAT-SHIRTS, JACKETS AND COATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-3-1967; IN COMMERCE 8-3-1967.

OWNER OF U.S. REG. NOS. 870,136, 2,016,963, AND 2,058,619.

THE MARK CONSISTS OF THREE PARALLEL STRIPES RUNNING ALONG THE SLEEVE OF A SHIRT, T-SHIRT, SWEATSHIRT, JACKET OR COAT. THE DOTTED OUTLINE OF THE GARMENT IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,470, FILED 12-29-2004.

BARNEY CHARLON, EXAMINING ATTORNEY



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

| | | | |
|---|---|---|---|
| **Serial #:** 78539470 | **Filing Dt:** 12/29/2004 | **Reg #:** 3029127 | **Reg. Dt:** 12/13/2005 |
| **Registrant:** adidas-Salomon AG | | | |
| **Mark:** | | | |

**Assignment: 1**

**Reel/Frame:** 3349/0543          **Recorded:** 07/17/2006                                        **Pages:** 13

**Conveyance:** CHANGE OF NAME

**Assignor:** ADIDAS-SALOMON AG                                **Exec Dt:** 05/29/2006
                                                              **Entity Type:** JOINT STOCK COMPANY
                                                              **Citizenship:** GERMANY

**Assignee:** ADIDAS AG                                        **Entity Type:** JOINT STOCK COMPANY
                                                              **Citizenship:** GERMANY
          ADI-DASSLER-STRASSE 1

          HERZOGENAURACH, GERMANY 91074

**Correspondent:** ANGELO NOTARO, NOTARO & MICHALOS P.C.

          100 DUTCH HILL ROAD, SUITE 110

          ORANGEBURG, NY 10962-2100

**Domestic rep:** NOTARO & MICHALOS P.C.

          100 DUTCH HILL ROAD, SUITE 110

          ORANGEBURG, NY 10962-2100

Search Results as of: 03/22/2016 12:00 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT |

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

## United States Patent and Trademark Office

**Reg. No. 3,029,129**

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMANY

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1952; IN COMMERCE 1-1-1952.

THE MARK CONSISTS OF THREE PARALLEL STRIPES APPLIED TO FOOTWEAR, THE STRIPES ARE POSITIONED ON THE FOOTWEAR UPPER IN THE AREA BETWEEN THE LACES AND THE SOLE. THE DOTTED OUTLINE OF THE FOOTWEAR IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,629, FILED 12-29-2004.

ALINA MORRIS, EXAMINING ATTORNEY



# United States Patent and Trademark Office



Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 78539629     **Filing Dt:** 12/29/2004     **Reg #:** 3029129     **Reg. Dt:** 12/13/2005

**Registrant:** adidas-Salomon AG

**Mark:**

**Assignment: 1**

**Reel/Frame:** 3349/0543     **Recorded:** 07/17/2006     **Pages:** 13

**Conveyance:** CHANGE OF NAME

**Assignor:** ADIDAS-SALOMON AG     **Exec Dt:** 05/29/2006

    **Entity Type:** JOINT STOCK COMPANY

    **Citizenship:** GERMANY

**Assignee:** ADIDAS AG     **Entity Type:** JOINT STOCK COMPANY

ADI-DASSLER-STRASSE 1     **Citizenship:** GERMANY

HERZOGENAURACH, GERMANY 91074

**Correspondent:** ANGELO NOTARO, NOTARO & MICHALOS P.C.

100 DUTCH HILL ROAD, SUITE 110

ORANGEBURG, NY 10962-2100

**Domestic rep:** NOTARO & MICHALOS P.C.

100 DUTCH HILL ROAD, SUITE 110

ORANGEBURG, NY 10962-2100

Search Results as of: 03/22/2016 12:00 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| **HOME** | **INDEX** | **SEARCH** | *e*BUSINESS | **CONTACT US** | **PRIVACY STATEMENT** |

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,029,135

Registered Dec. 13, 2005

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT (AG))
ADI-DASSLER STRASSE 1-2
D-91074 HERZOGENAURACH, FED REP GERMA-NY

FOR: FOOTWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-1952; IN COMMERCE 1-1-1952.

THE MARK CONSISTS OF THREE PARALLEL STRIPES WITH SERRATED EDGES APPLIED TO FOOTWEAR, THE STRIPES ARE POSITIONED ON THE FOOTWEAR UPPER IN THE AREA BETWEEN THE LACES AND THE SOLE. THE DOTTED OUT-LINE OF THE FOOTWEAR IS NOT CLAIMED AS PART OF THE MARK AND IS INTENDED ONLY TO SHOW THE POSITION OF THE MARK.

SEC. 2(F).

SER. NO. 78-539,734, FILED 12-29-2004.

ALINA MORRIS, EXAMINING ATTORNEY



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



**Assignments on the Web** > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 1**

**Serial #:** 78539734    **Filing Dt:** 12/29/2004    **Reg #:** 3029135    **Reg. Dt:** 12/13/2005

**Registrant:** adidas-Salomon AG

**Mark:**

**Assignment: 1**

**Reel/Frame:** 3349/0543    **Recorded:** 07/17/2006    **Pages:** 13

**Conveyance:** CHANGE OF NAME

**Assignor:** ADIDAS-SALOMON AG    **Exec Dt:** 05/29/2006

**Entity Type:** JOINT STOCK COMPANY

**Citizenship:** GERMANY

**Assignee:** ADIDAS AG    **Entity Type:** JOINT STOCK COMPANY

ADI-DASSLER-STRASSE 1    **Citizenship:** GERMANY

HERZOGENAURACH, GERMANY 91074

**Correspondent:** ANGELO NOTARO, NOTARO & MICHALOS P.C.

100 DUTCH HILL ROAD, SUITE 110

ORANGEBURG, NY 10962-2100

**Domestic rep:** NOTARO & MICHALOS P.C.

100 DUTCH HILL ROAD, SUITE 110

ORANGEBURG, NY 10962-2100

Search Results as of: 03/22/2016 12:01 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

| HOME | INDEX | SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT |

Int. Cls.: 9, 14, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 21, 22, 23, 26, 27, 28, 36, 38, 39, 41 and 50

**United States Patent and Trademark Office**

Reg. No. 3,104,117

Registered June 13, 2006

## TRADEMARK
### PRINCIPAL REGISTER



ADIDAS-SALOMON AG (FED REP GERMANY AKTIENGESELLSCHAFT)
ADI-DASSLER-STRASSE 1-2
D-91704 HERZOGENAURACH
FED REP GERMANY

FOR: OPTICAL APPARATUS AND INSTRUMENTS, NAMELY, EYEGLASSES AND SUNGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: HOROLOGICAL AND CHRONOMETRIC INSTURMENTS, NAMELY, WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE FROM THESE MATERIALS IN THE NATURE OF BAGS FOR GENERAL AND SPORT USE, NAMELY HANDBAGS, TOTE BAGS, WAIST PACKS, OVERNIGHT BAGS, BACK-PACKS, KNAPSACKS AND BEACH BAGS; TRUNKS; TRAVELING BAGS FOR GENERAL AND SPORT USE; LEATHER AND IMITATIONS OF LEATHER AND GOODS MADEFROM THESE MATERIALS, NAMELY, WALLETS, BRIEFCASES, AND KEY CASES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: SPORTS AND LEISURE WEAR, NAMELY SUITS, SHORTS, PANTS, SWEATPANTS, SKIRTS, SKORTS, DRESSES, BLOUSES, SHIRTS, T-SHIRTS, SLEEVELESS TOPS, POLO SHIRTS, VESTS, JERSEYS, SWEATERS, SWEATSHIRTS, PULLOVERS, COATS, JACKETS, TRACK SUITS, TRAINING SUITS, WARM-UP SUITS, SWIMWEAR, UNDERWEAR, SOCKS, GLOVES, SCARVES, WRISTBANDS AND BELTS; HEADGEAR, NAMELY CAPS, HATS, VISORS, HEADBANDS; ATHLETIC FOOTWEAR AND LEISURE FOOT WEAR, NAMELY BOOTS, SANDALS, SPECIFIC PURPOSE ATHLETIC SHOES AND GENERAL PURPOSE SPORTS SHOES, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY DATE OF 1-5-2004 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 0836756 DATED 6-25-2004, EXPIRES 6-25-2014.

OWNER OF U.S. REG. NOS. 973,161, 1,310,140, AND 1,428,947.

SER. NO. 79-006,560, FILED 6-25-2004.

ANDREW RHIM, EXAMINING ATTORNEY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | *e*Business | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Tue Dec 16 03:20:58 EST 2014*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC
PREV DOC | NEXT DOC | LAST DOC

Logout    Please logout when you are done to release system resources allocated for you.

Start    **List At:** [_____]    OR    Jump    **to record:** [_____]    **Record 2 out of 3**

---

TSDR    ASSIGN Status    TTAB Status    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Optical apparatus and instruments, namely, eyeglasses and sunglasses |
| | IC 014. US 002 027 028 050. G & S: Horological and chronometric insturments, namely, watches |
| | IC 018. US 001 002 003 022 041. G & S: Leather and imitations of leather, and goods made from these materials in the nature of bags for general and sport use, namely, handbags, tote bags, waist packs, overnight bags, backpacks, knapsacks and beach bags; trunks; traveling bags for general and sport use; leather and imitations of leather and goods madefrom these materials, namely, wallets, briefcases [ and key cases ] |
| | IC 025. US 022 039. G & S: Sports and leisure wear, namely suits, shorts, pants, sweatpants, skirts, skorts, dresses, blouses, shirts, T-shirts, sleeveless tops, polo shirts, vests, jerseys, sweaters, sweatshirts, pullovers, coats, jackets, track suits, training suits, warm-up suits, swimwear, underwear, socks, gloves, scarves, wristbands and belts; headgear, namely caps, hats, visors, headbands; athletic footwear and leisure foot wear, namely boots, sandals, specific purpose athletic shoes and general purpose sports shoes |
| **Mark Drawing Code** | (2) DESIGN ONLY |
| **Design Search Code** | 05.03.08 - More than one leaf, including scattered leaves, bunches of leaves not attached to branches |
| | 05.03.25 - Leaf, single; Other leaves |
| | 26.17.01 - Bands, straight; Bars, straight; Lines, straight; Straight line(s), band(s) or bar(s) |
| | 26.17.05 - Bands, horizontal; Bars, horizontal; Horizontal line(s), band(s) or bar(s); Lines, horizontal |
| **Serial Number** | 79006560 |
| **Filing Date** | June 25, 2004 |
| **Current Basis** | 66A |
| **Original** | |

| | |
|---|---|
| **Filing Basis** | 66A |
| **Published for Opposition** | March 21, 2006 |
| **Registration Number** | **3104117** |
| **International Registration Number** | 0836756 |
| **Registration Date** | June 13, 2006 |
| **Owner** | (REGISTRANT) adidas-Salomon AG Aktiengesellschaft FED REP GERMANY Adi-Dassler-Strasse 1-2 D-91704 Herzogenaurach FED REP GERMANY |
| | (LAST LISTED OWNER) ADIDAS AG UNKNOWN Adi-Dassler-Strasse 1 91074 HERZOGENAURACH FED REP GERMANY |
| **Attorney of Record** | Angelo Notaro |
| **Priority Date** | January 5, 2004 |
| **Prior Registrations** | 0973161;1310140;1428947 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECTION 71 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST | CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



# United States Patent and Trademark Office



**Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help**



**Assignments on the Web** > **Trademark Query**

## Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 79006560    **Filing Dt:** 06/25/2004    **Reg #:** 3104117    **Reg. Dt:** 06/13/2006

**Registrant:** adidas-Salomon AG

**Mark:**

### Assignment: 1

**Reel/Frame:** 3433/0444    **Recorded:** 11/23/2006    **Pages:** 2

**Conveyance:** CHANGE OF NAME

**Assignor:** ADIDAS-SALOMON AG      **Exec Dt:** 10/04/2006

**Entity Type:** UNKNOWN

**Citizenship:** GERMANY

**Assignee:** ADIDAS AG      **Entity Type:** UNKNOWN

**Citizenship:** GERMANY

ADI-DASSLER-STRASSE 1-2

91074 HERZOGENAURACH, GERMANY

**Correspondent:** ADIDAS AG

ADI-DASSLER-STRASSE 1-2

91074 HERZOGENAURACH

GERMANY

### Assignment: 2

**Reel/Frame:** 4051/0142    **Recorded:** 08/27/2009    **Pages:** 2

**Conveyance:**

**Assignor:** ADIDAS AG      **Exec Dt:** 06/04/2009

**Entity Type:** UNKNOWN

**Citizenship:** GERMANY

**Assignee:** ADIDAS AG      **Entity Type:** UNKNOWN

**Citizenship:** NONE

ADI-DASSLER-STRASSE 1-2

91074 HERZOGENAURACH, GERMANY

**Correspondent:** ADIDAS AG

ADI-DASSLER-STRASSE 1-2

91074 HERZOGENAURACH

GERMANY

Search Results as of: 12/16/2014 05:40 PM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.5
Web interface last modified: July 25, 2014 v.2.5

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

Reg. No. 3,580,958

Registered Feb. 24, 2009

## TRADEMARK
### PRINCIPAL REGISTER

## BOOST

BOOST WORLDWIDE, INC. (DELAWARE COR-
PORATION)
2001 EDMUND HALLEY DR.
RESTON, VA 20191

FOR: CLOTHING, NAMELY, SHIRTS; FOOT-
WEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-1-2000; IN COMMERCE 2-1-2002.

OWNER OF U.S. REG. NO. 2,800,924.

SN 76-977,119, FILED 7-3-2002.

BILL DAWE, EXAMINING ATTORNEY

 **United States Patent and Trademark Office** 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

| | | | |
|---|---|---|---|
| **Serial #:** 76977119 | **Filing Dt:** 07/03/2002 | **Reg #:** 3580958 | **Reg. Dt:** 02/24/2009 |

**Registrant:** BOOST WORLDWIDE, INC.

**Mark:** BOOST

### Assignment: 1

**Reel/Frame:** 6002/0065      **Recorded:** 03/06/2017      **Pages:** 7

**Conveyance:** GRANT OF FIRST PRIORITY AND JUNIOR PRIORITY SECURITY INTEREST IN TRADEMARK RIGHTS

**Assignor:** BOOST WORLDWIDE, INC.      **Exec Dt:** 02/03/2017
     **Entity Type:** CORPORATION
     **Citizenship:** DELAWARE

**Assignee:** DEUTSCHE BANK TRUST COMPANY AMERICAS      **Entity Type:** BANKING CORPORATION
60 WALL STREET      **Citizenship:** NEW YORK
16TH FLOOR
NEW YORK, NEW YORK 10005

**Correspondent:** GENEVIEVE DORMENT, ESQ.
SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

### Assignment: 2

**Reel/Frame:** 6579/0711      **Recorded:** 03/04/2019      **Pages:** 3

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** BOOST WORLDWIDE, INC.      **Exec Dt:** 12/05/2018
     **Entity Type:** COMPANY
     **Citizenship:** DELAWARE

**Assignee:** ADIDAS AG      **Entity Type:** JOINT STOCK COMPANY
ADI-DASSLER-STRASSE 1      **Citizenship:** GERMANY
HERZOGENAURACH, GERMANY 91074

**Correspondent:** JOHN ZACCARIA
100 DUTCH HILL ROAD, SUITE 240
ORANGEBURG, NY 10962

**Domestic rep:** JOHN ZACCARIA
100 DUTCH HILL ROAD, SUITE 240
ORANGEBURG, NY 10962

Search Results as of: 12/18/2019 09:53 AM

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.6
Web interface last modified: August 25, 2017 v.2.6

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

# United States of America

## United States Patent and Trademark Office

# SPLY-350

**Reg. No. 5,413,495**

**Registered Feb. 27, 2018**

**Int. Cl.: 25**

**Trademark**

**Principal Register**

adidas AG (GERMANY JOINT STOCK COMPANY)
Adi-dassler-strasse 1
Herzogenaurach, FED REP GERMANY 91074

CLASS 25: Footwear

FIRST USE 9-24-2016; IN COMMERCE 9-24-2016

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 87-017,208, FILED 04-28-2016



Director of the United States
Patent and Trademark Office