UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-60347-CIV-SINGHAL/STRAUSS

ADIDAS AG, *et al.*,

       Plaintiffs,

vs.

ANNAREPS.COM, *et al.*

       Defendants.
_____/

**PROOF OF SERVICE**

Plaintiffs, adidas AG, adidas International Marketing B.V., and adidas America, Inc., by and through its undersigned counsel, hereby files the attached Affidavits of Service.

Dated: March 20, 2024

Respectfully submitted,

STEPHEN M. GAFFIGAN, P.A.

By:   s:/*Stephen M. Gaffigan* /
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
T. Raquel Wiborg-Rodriguez (Fla. Bar No. 103372)
Christine Ann Daley (Fla. Bar No. 98482)
Mallory Ruth Denzl (Fla. Bar No. 1050351)
401 East Las Olas Blvd., Suite 130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
E-mail: Stephen@smgpa.cloud
E-mail: Leo@smgpa.cloud
E-mail: Raquel@smgpa.cloud
E-mail: Christine@smgpa.cloud
E-mail: MalloryR@smgpa.cloud

*Attorneys for Plaintiffs*