UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-60347-CIV-SINGHAL

ADIDAS AG, ADIDAS INTERNATIONAL
MARKETING B.V., and ADIDAS AMERICA, INC.

    Plaintiffs,

v.

THE INDIVIDUALS, BUSINESS ENTITIES AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants
_____/

## DEFAULT FINAL JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court following the Court's Order (DE [__]) granting Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants. In accordance with Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Final Default Judgment is entered in favor of Plaintiffs, adidas AG, adidas International Marketing B.V., adidas America, Inc. (collectively "Plaintiffs"), and against Defendants the Individuals, Business Entities and Unincorporated Associations identified on Schedule "A" hereto (collectively, "Defendants") as follows:

    1. Permanent Injunctive Relief:

Defendants and their officers, directors, employees, agents, subsidiaries, distributors, and all persons in acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

a. manufacturing, causing to be manufactured, importing, advertising, promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing and/or using Plaintiffs' trademarks, or any confusingly similar trademarks identified in Paragraphs 17 and 18 of the Amended Complaint (DE [19]) (the "adidas Marks");

b. using the adidas Marks in connection with the sale of any unauthorized goods;

c. using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or certified by Plaintiffs;

d. falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

e. engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

f. using any reproduction, counterfeit, copy, or colorable imitation of the adidas Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g. affixing, applying, annexing or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiffs, or in any way endorsed by Plaintiffs and from offering such goods in commerce;

h. otherwise unfairly competing with Plaintiffs;

i. using the adidas Marks, or any confusingly similar trademarks on e-commerce websites, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to e-commerce websites, or domain names registered by, owned, or operated by Defendants; and

j. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2. Additional Equitable Relief:

    a. To give practical effect to the Permanent Injunction, upon Plaintiffs' request, the domain names identified on Schedule "A" hereto ("E-commerce Store Names") are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the E-commerce Store Names to Plaintiffs' control within five (5) days of receipt of this Judgment, upon Plaintiffs' request, the top level domain ("TLD") Registry for each of the E-commerce Store Names, or their administrators, including backend registry operators or administrators, shall, within thirty (30) days, (i) change the Registrar of Record for the E-commerce Store Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer the E-commerce Store Names to Plaintiffs, or (ii) place the E-commerce Store Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the E-commerce Store Names to the IP addresses where the associated websites are hosted;

    b. Defendants, their agent(s) or assign(s), shall assign in writing all rights, title, and interest, to their E-commerce Store Name(s) to Plaintiffs and, if within five (5) days of receipt of this Order Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

    c. Defendants, their agent(s) or assign(s), shall instruct in writing all search engines to permanently delist or deindex the E-commerce Store Name(s) and, if within five (5) days of receipt of this Order Defendants fail to make such a written instruction, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a);

    d. Plaintiffs may serve this injunction on any Internet search engines with a request that they permanently disable, deindex, or delist all URLs of the E-commerce Store Names used by Defendants to promote, offer for sale and/or sell goods using counterfeits and/or infringements of the adidas Marks, based upon Defendants' unlawful activities being conducted via the E-commerce Store Names as a whole;

3. Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. section 1117(c):

    a. Award Plaintiffs damages of $1,000,000.00 against each Defendant, for which let execution issue, based upon the Court's finding that each Defendant infringed at least one trademark on one type of good. The Court considered both the willingness of each Defendant's conduct and the

3

    deterrent value of the award imposed, and the awarded amount falls within the permissible statutory range under 15 U.S.C. section 1117(c).

4. All funds currently restrained or held on account for all Defendants by all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, Inc. ("PayPal"), and their related companies and affiliates, are to be immediately (within 5 business days), transferred by the previously referred to financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms and by Defendants, to Plaintiffs and/or Plaintiffs' counsel in partial satisfaction of the monetary judgment entered herein against each Defendant. All financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, and their related companies and affiliates, shall provide to Plaintiffs at the time the funds are released, a breakdown reflecting the (i) total funds restrained in this matter per Defendant; (ii) the total chargebacks, refunds, and/or transaction reversals deducted from each Defendant's funds restrained prior to release; and (iii) the total funds released per Defendant to Plaintiffs.

5. Pursuant to 15 U.S.C. § 1116, 28 U.S.C. § 1651(a), The All Writs Act, Federal Rule of Civil Procedure 65, and the Court's inherent authority, upon the Plaintiffs' request, Defendants and any financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms, including but not limited to, PayPal, and their related companies and affiliates, identify and restrain all funds, up to and including the total amount of

judgment, in all financial accounts and/or sub-accounts used in connection with the E-commerce Store Names, or other alias identification names used by Defendants presently or in the future, as well as any other related accounts of the same customer(s) and any other accounts which transfer funds into the same financial institution account(s), and remain restrained until such funds are surrendered to Plaintiffs in partial satisfaction of the monetary judgment entered herein.

6. Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

7. The bond posted by Plaintiffs in the amount of $10,000.00 is ordered released by the Clerk of Court.

8. The Court retains jurisdiction to enforce this Judgment and permanent injunction.

9. Plaintiffs are ordered to serve a copy of this Order upon Defendants by providing the address to Plaintiffs' designated serving notice website to each Defendant via the e-mail accounts provided by that Defendant as part of the data related to its e-commerce store, including customer service e-mail addresses, and/or onsite contact forms, and private messaging application and/or services, or via the registrar of record for each of the E-commerce Store Names; and by publicly posting a true and accurate copy of this Order on Plaintiffs' designating service notice website appearing at https://servingnotice.com/D34a29f/index.html.

10. The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

11. To the extent not otherwise disposed of, all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this \_\_\_\_ day of _____ 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF

**SCHEDULE A**
**DEFENDANTS BY NUMBER, E-COMMERCE STORE NAME,**
**FINANCIAL ACCOUNT INFORMATION, AND E-MAIL ADDRESS**

| Def. No. | Defendant / E-commerce Store Name | Account Information: Payee | Account Information: Merchant ID | Account Information: Payment Account | Email Address |
|---|---|---|---|---|---|
| 1 | annareps.com | | | 19577667825@163.com<br>chendexing2004@163.com | annareps2023@gmail.com |
| 1 | arrenfashion.com | | | 19577667825@163.com | annareps2023@gmail.com<br>arrenfashion@gmail.com |
| 2 | airjordane.shop | TANSPORTSHOES | GKDGU6YQ7KMPU | laotangmj007@163.com | support@zngogo.com<br>zikecke@gmx.com |
| 2 | airjordans-us.com | TANSPORTSHOES | GKDGU6YQ7KMPU | laotangmj007@163.com | support@zngogo.com<br>zikecke@gmx.com |
| 2 | tanskicks.com | TANSPORTSHOES | GKDGU6YQ7KMPU | laotangmj007@163.com | support@zngogo.com<br>zikecke@gmx.com |
| 3 | airsneakerworld.com | | TQN8ZBRLK7U7A<br>MWU7RX663XZW8<br>GMPP75UVB3N8W | hoanthithuyphuong71@gmail.com | support@airsneakerworld.com<br>phamtoan2826794@gmail.com<br>lytuan8554829@gmail.com |
| 4 | alejersey.com | home777cc@hotmail.com | 595D6FLA68C54 | | alejersey@outlook.com<br>25b5f6bc6918b16368a89c0f20fe1f7dbb21614d3d130b5ab7713b00e5907d96@alejersey.com.whoisproxy.org |
| 5 | artemisstreet.by | ff yf ye | RNQ7J7FUB8LMN | swansonzhang@outlook.com | artemisstreet20@gmail.com<br>pay-ment@sneakslimited.com |
| 6 | azhawaiian.com | Azhawaiian | NZ2K5AGGWZUTG | vietlesang@gmail.com | azhawaiian.com@gmail.com<br>info@azhawaiian.com<br>hogiabao@aol.com<br>nguyenthanhxuan2301@aol.com<br>sangle.minh@aol.com<br>vuthithuong090100@hotmail.com |

7

| # | Domain | Name | ID | Email 1 | Email 2 |
|---|---|---|---|---|---|
| 7 | beecosy.store | Nguyen Hoang Phi | VGFTKSMH92Z9C | support@fleepeak.com | support@beecosy.store hoangphihd1994@gmail.com support@mt-styles.com lytuan8554829@gmail.com ducnhatduong2011@gmail.com |
| | | | YUGA2GYDV38SE | hoantrinhtien21@gmail.com | |
| | | Nguyen Hai Nam | 9GDZGQTJPZTX6 | namhainguyen161@gmail.com | |
| | | Hoang Van Quang | TD6XA99ER4TFL | quang.hv1290@gmail.com | |
| | | Duong Duc Nhat | C9ZT85HM3SQD2 | support@giftauthy.com | |
| | | Le May | EEFBZV3KRX2NA | lemay231120@gmail.com | |
| 8 | billionsneaker.com | | | mambanoble@outlook.com | billionsneaker01@gmail.com |
| 9 | brandsoff.ru | 陈洁婷 | | 2495290343@qq.com | service@brandsoff.ru |
| 10 | braytime.com | 东营亚盛商贸有限公司 | S3RHBNU4VP7WL | yashengshangmao@outlook.com | tretwellleenoraxl@yahoo.com |
| 11 | cenniestore.com | Nguyen Quang Tam | | cs@dlegift.com | cs@cenniestore.com |
| 11 | minzyshop.com | www.minzyshop.com | WNBTSAREYF3CW | boyscrui972@gmail.com | cs@Minzyshop.com |
| 12 | cheapjerseys.vip | 宿州市分影网络科技有限公司 | 7CKCY35WFMRRA | jerseymlbnfl@hotmail.com | shopjerseys@hotmail.com |
| 13 | cheapjerseystop.com | Cai Dongxia | | 985362@qq.com | joezhang001@outlook.com wholesalejersey.us.com@hotmail.com |
| 14 | chinastorevip.com | | XJ2SDHTL563JN | 664195159@qq.com | |
| 15 | cocokickgroup.xyz | | | perfei321@163.com | laofay03@gmail.com |
| | | | | liunji11@163.com | afeifa434@gmail.com |
| 16 | cocokicks.shop | Asmi luna | BZBJL2C68PP68 | lucasjenen@gmail.com | cocokicksstore@gmail.com |
| 16 | cocoshoes.co | Vuston Sum | HZ6L8DJGKEQYS | | cocoshoes.shop1@gmail.com |
| 16 | getreadys.net | Kustos Sun | TP5GYGJ2URS52 | | getreadysshop@gmail.com |
| 16 | redditsneakers.com | Kustos Sun | TP5GYGJ2URS52 | | redditsneakerstore@gmail.com |
| 16 | tonysneaker.xyz | Kustos Sun | | cheanelem.ereu@gmail.com | tonysneakersstore@gmail.com |

| | | | | | |
|---|---|---|---|---|---|
| 17 | coolkicksmall.com | Haizhong Digital Technology Co., Ltd. | | xhynvtix@gmail.com | service@coolkicksmall.com xhynvtix@gmail.com keithjcook@web.de ock311@gmailqq.com |
| 17 | stockxyeezy.org | 海众数字科技有限公司 | APMYAD8XJXAQ8 | xhynvtix@gmail.com | stockxyeezy97@gmail.com keithjcook@web.de ock311@gmailqq.com |
| 19 | footskick.top | 儋州景浩网络科技有限公司 | L4XS9XV3QRY8N | karawilderman9720@hotmail.com | mariofity@outlook.com |
| 19 | kicksone.top | 儋州景浩网络科技有限公司 | L4XS9XV3QRY8N | karawilderman9720@hotmail.com | mariofity@outlook.com |
| 20 | funftball.com | 1150342397@qq.com | ZL4J2329SQ33G | | support@funfootballdream.com |
| 21 | goodfaith8.com | aaron1912@163.com | NC8FJMUMJS2CC | c572504@outlook.com | aaron1912@163.com 2224371020@qq.com pw-17475074b264fe02c2bf11dd1d88f8be@privacyguardian.org |
| 22 | grkits1.com | | | yangfuru6628@163.com | grkits@163.com |
| 23 | hotkickss.ru | 卢 建军 @kick778 | WHM9LQJSJQFCN | ljjpp1974@outlook.com | hotkickss1977@hotmail.com zjrpp1983@outlook.com fetchx001@gmail.com |
| 24 | jumpease.shop | 惠州市行健互联科技有限公司 | 55PAWZ8DPJQWS | huizhouxingjian@163.com | yangdddl@gmail.com |
| 25 | kickluo.cc | 海口龙华资强百货商行 | RVL2GJ89Q8324 | luozq2023@gmail.com | kickluo@gmail.com kickluo@163.com |
| 26 | kicksnow.com.co | 红 彭 | | sheilajrivas@hotmail.com | kicksnowofficial@gmail.com |
| 27 | kicksrz.com | Lin Zhicong | | lzcong01@vip.qq.com | service@kicksrz.com kicksrz@outlook.com lzcong0101@hotmail.com 469324046@qq.com |
| 28 | kkgoole.com | Huang Kai @huangkkgol | Z9K97GTV9LQXA | huangkai82@126.com | kkgol2020@gmail.com |
| 29 | kkjersey.com | 953808027@qq.com e572504@outlook.com | MKCNRTYMS3QCE J3ZDEEZ6H3K6L | d572504@outlook.com | pw-f1f5ab86f28e6318986f76ea7dc46ac7@privacyguardian.org |
| 30 | kotofanss.com | | | yxw98151@163.com | mhx98151@163.com |

9

| # | Domain | | | | |
|---|---|---|---|---|---|
| 31 | lalanstore.com | Fencipay-01 | G3GL5S8VL6SR4 | luonggpt98@gmail.com | llalanstorehelpdesk@gmail.com support@lalanstore.com 747c0c7ec3e6419a810fd22de08943f8.protect@withheldforprivacy.com |
| 32 | lukethoro.com | | | lukethoro@hotmail.com | |
| 33 | lushenticbags.com | | | | support@lushenticbags.com abf2c1205edf4573ad4986cba6996fc6.protect@withheldforprivacy.com |
| 34 | mantopod.com | Trinh Thi Ha | | qtmedia.hr@gmail.com | cs@mantopod.com support@mantopod.com congtymanto@gmail.com diemvuongbou1994@gmail.com diemvuongboy1994@gmail.com |
| | | MantoPod.com | MLULZPNHZFG9N | | |
| | | Nguyen Van Dong | R8DKLBD7VHDGE | support@mantostore.co | |
| 35 | messi105.com | | | cgy2088@163.com | messisoccerjerseys@gmail.com |
| 36 | mingjersey.com | zjm131022@163.com | 8AU6NFT63QCHW | | zjm131022@163.com |
| 37 | mmjerseys00.com | | | mmjerseys00@gmail.com | mmjerseys00@gmail.com noreply@notice.mailzh-apolo.com scofeechen@163.com camille@lenrick.com scofee@163.com |
| 38 | momogou818.com | | | 327663121@qq.com | wang13044287318@gmail.com |
| 39 | motios1.com | mo yuanfu @dlmyf | LKGHWH785GNFE | | motios1@163.com 1723808261@qq.com |
| 40 | myloso.com | 西安蒂克电商产业有限责任公司 | K8NTFYXRDMWMA | service@moruning.com | service@myloso.com payment@marianla.com service@wumone.com |
| 41 | mytideshoes.com | | | | tarikamiszika@gmail.com |
| 42 | newkick.cc | | | anpgslin@gmail.com | newkickco@gmail.com |
| 43 | nicekicksshop.com | | S4XDV7NT4L9UU | sheakrirk3717@gmail.com | nicekicksshop2012@gmail.com irwkh238@gmailqq.com |

10

| # | Domain | Registrant | ID | Email 1 | Email 2 |
|---|---|---|---|---|---|
| 43 | stockxsnk.com | 常州极创贸易有限公司 | S4XDV7NT4L9UU | sheakrirk3717@gmail.com | stockxsnkservice@gmail.com irwkh238@gmailqq.com |
| 44 | omgow.vip | | | zelle1988@163.com | omgow@vip.163.com |
| 44 | omgow1688.ru | | | zelle1988@163.com | omgow@vip.163.com omgow1128@gmail.com |
| 45 | pkgodkicks.com | 江苏彭创商贸有限公司 | 4XVCET3U68T2E | eheuhm@gmail.com | pkgodkicks@pkgodkicks.com pkgodkicks2@gmail.com hu558171774737@163.com |
| 45 | sharesneakers.com | 江苏彭创商贸有限公司 | 4XVCET3U68T2E | eheuhm@gmail.com | service@sharesneakers.com hu558171774737@163.com bootsmasterlin@gmail.com 593738383@qq.com 995370684@qq.com |
| 46 | profootballkits.cn | 804094993@qq.com | F3CS8M8LVE73J | | profootballkits@163.com |
| | | | R362SNPU5WTVY | 1669737165@qq.com | |
| 47 | retrosneakers.shop | hai kou dong ou wu jin you xian gong si | | limeishoes@outlook.com | limei00333@gmail.com noreply@notice.yycartapps.com |
| | | Haikou Baihui Furniture Co., Ltd. | F4L2RH28N2C9N | limeishoes1@outlook.com | yareli_2a@gmx.com sarrita1994@gmx.com |
| 48 | sailkicks.cn | 范玉香 | | service@sailkicks.cn | service@sailkicks.cn |
| 49 | searchjersey.cn a/k/a searchjersey.co | Haikou Dong Bangguo Trading Co., Ltd. | DVTRU7G64SQC6 | bangguomaoyi@outlook.com | searchjerseys@outlook.com noreply@searchjerseys.cn 437390588@qq.com |
| 50 | sneakerxs.com | | | 1056037713@qq.com | shop168sir@163.com |
| 51 | sunsneakers.com | | 946Z8UCTCKQUN | sunpp01@qq.com | sunsneakersofficial@gmail.com |
| 52 | teehex.com | Family T-shirts store | | safwatahmedzeko@gmail.com | support@teehex.com legal@teehex.com d0567b7fbdd440e3b517e68d39ba551c.protect@withheldforprivacy.com |
| | | teehex.com | BW8UQNMN4K83J | kerollos.gad1989@gmail.com | |
| 56 | uakickzs.com | | 5XT6R2HSK2WUJ | bossvu260391@gmail.com | service@b2c-service.com |

11

| | | | | | |
|---|---|---|---|---|---|
| 58 | unitedfootballjerseysportsshirt.com | | 4FA5ZDJSEG6R6 | 3655417135@qq.com | unitedfootballshirt@gmail.com |
| | | | FFSTWAZJ6KWRW | | 3306907010@qq.com |
| 59 | vip1238.com | | ZMNHJ5L3SG3ZS | 3366807483@qq.com | |
| 61 | zvbest1.com | | | 1790528552@qq.com | zvbest86@163.com |